IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN MARSHALL, LAWRENCE GATES )
and EARL HENSLEY, on behalf of themselves )
and all other similarly situated, )
)
                       Plaintiffs, )
)
                v. )    Case No. 15 C 9243
)
ALPHA & OMEGA TRANSIT )
NETWORK, INC., )
)
                       Defendant. )

## MEMORANDUM ORDER

Following this Court's issuance of an October 20, 2015 memorandum opinion and order ("Opinion") in this combination of a putative statewide collective action under the Fair Labor Standards Act and a putative statewide class action under the Illinois Minimum Wage Act, counsel for plaintiffs John Marshall, Lawrence Gates and Earle[1] Hensley have filed a commendably thoughtful Plaintiffs' Response To Court Venue Opinion. That response has weighed the factors involved as to the appropriate choice of forum, as highlighted in the Opinion, and has concluded with this statement:

> In light of all of this, counsel for the Plaintiffs do not object to an order transferring this case to the federal district court for the Central District of Illinois.

Accordingly it is hereby ordered pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(c) and 1406(a) that this action be transferred to the United States District Court for the Central District

---

[1] This is apparently the correct spelling of plaintiff Hensley's first name -- at least the text of all plaintiffs' filings employ it, though the case caption reads "Earl."

of Illinois. It is further ordered that the Clerk's Office implement this transfer order forthwith so that the parties may go about litigating this action on the merits with appropriate promptness.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 28, 2015